UNITED STATES DISTRICT OF THE DISTRICT COURT IN NEW MEXICO

Case Nos.: 1:23-CV-00043 GJF
23-CV-00154 JB/LF
1:22-MJ-1089 DHU
23-MJ-00180 LF

Patrick Beck v. NEW MEXICO STATE

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 02 2024
MITCHELL R. ELFERS
CLERK

Dear District County N.M.,

Thank you for sending me a copy of the documents requested in a timely manner. I noticed many errors and I must request that these be fixed. On cases 23:MJ-00180 & 22:MJ-01089, I am putting the court on notice to issue these claims in dispute. All claims regarding both cases are therefore disputed, including hearsay, allegations, hearsay within hearsay, doctor's claims and filings, and evidence is in dispute. I further object to these filings, allegations, controversy, hearsay, claimants statements, use of my statements out of context or through the opinions of others, police reports, and declare it all as slander, misconduct, and fraud. I am therefore being illegally detained in violation of the constitution.

In order to establish these findings, I (The Defendant) must therefore have access to the case work on file to make corrections to any false claims. I am requesting a copy of discovery, police reports on file, transcripts, court filings, Drs. Larsen & Brovko's reports and any items I am entitled to on my case as afforded by the privacy act. This includes all or any information and documents retained and relied upon by the Forensic evaluators, Dr. Larsen, Dr. Biber, and Dr. Brovko. These records are more than inaccurate and amount to that of Fraud. Therefore, since the records I did have were stolen by Otero prison officials when I was forced to move to FMC FTW, I need a copy of them back. I currently only have a copy of the dockets and complaints, and the filings I have submitted.

I also am requesting the paperwork for an IFP schedule, Payee information, TIN certification, oath of office, letter of acceptance, Fiduciary obligations (Form 56), and for every participating party on the record to identify under commercial contract law by full disclosure and understanding.

This request is made on and for the record, officially on this 25th day of December, 2023.

Patrick Beck (beneficiary)

Patrick Beck pro se #08924510
Federal Medical center
P.O. Box 15330
Fort worth, TX 76119

Patrick [REDACTED]
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

8710223330 0203 2122232018

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 02 2024

MITCHELL R. ELFERS
CLERK

U.S. Courthouse
District of NEW MEXICO
Office of Clerk
Suite 270
333 Lomas Blvd. NW
Albuquerque, NM 87210

